UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID AIKENS

CIVIL ACTION

VERSUS

16-729-SDD-EWD

BENJAMIN JOHNSON AND
MERRELL LYNCH-BANK OF
AMERICA

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated November 18, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) based on Plaintiff's failure to appear, as ordered, at a scheduled hearing in this matter.

Baton Rouge, Louisiana the 7 day of December, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.